**UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

_____

**Nos. 98-41515 & 98-41516
Summary Calendar**

_____

**UNITED STATES OF AMERICA,**

**Plaintiff-Appellee,**

**versus**

**EDUARDO RAMIREZ,**

**Defendant-Appellant.**

_____

**Appeals from the United States District Court
for the Southern District of Texas
(L-89-CR-618-1 & 89-618-01)**

_____

March 15, 2000

Before SMITH, BARKSDALE, and PARKER, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender, appointed to represent Eduardo Ramirez, has filed a motion to withdraw and a brief as required by _Anders v. California_, 386 U.S. 738 (1967), to which Ramirez has responded. Our independent review of the record discloses _no_ nonfrivolous issue for appeal. Accordingly, the motion for leave to withdraw is **GRANTED**; counsel is excused from further responsibilities herein; and the appeal is **DISMISSED**. _See_ 5TH CIR. R. 42.2.

_**DISMISSED**_

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.